# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Ronald G. Hinson, | ) |
| | ) C/A No.: 2:04-2064-CMC-RSC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| Jo Anne B. Barnhart, | ) |
| Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The attorney for Plaintiff in the above action has filed an Application for an Award of Attorney's Fees in the amount of $2,280.00 at the hourly rate of $150.00 an hour for 15.20 hours, pursuant to the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412, for his successful representation of Plaintiff. This court entered an order on March 23, 2005, remanding the case to the Commissioner pursuant to sentence four of 205(b) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g) and 1383(c)(3) for further proceedings as set forth in the Report.

The Social Security Administration does not object to Plaintiff's Application. Therefore, the court finds that the amount sought is reasonable and orders that counsel be awarded $2,280.00 for 15.20 hours at the rate of $150.00 per hour for attorney's fees.

**IT IS SO ORDERED.**

S/Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 18, 2005